IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No. 1:24-CR-0313-JKB |
| **Misael Gonzalez, et al.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Government's Motion to Unseal the Indictment in the above-captioned case and the reasons set forth therein, it is this 29th day of January 2026, **ORDERED**, that the Indictment in the above-captioned case be and hereby is **UNSEALED**.

_____
The Honorable Douglas R. Miller
United States Magistrate Judge