IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIM. NO. JKB-24-00313 |
| | | UNDER SEAL |
| MISAEL GONZALEZ, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

The Court's prior Scheduling Order (ECF No. 57) is hereby vacated. Pursuant to a scheduling conference held on November 20, 2025, the Court sets in the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| March 15, 2026 | Deadline for Defendants to file pretrial motions. |
| April 15, 2026 | Deadline for the Government's response to Defendants' pretrial motions. |
| May 1, 2026 | Deadline for Defendants' replies to the Government's response to pretrial motions. |
| | Deadline for the Government to move to unseal the complete indictment. |
| **May 7, 2026, 10:00 a.m.** | **Pretrial Motions Hearing**, Courtroom 5A. All defendants with pending motions are required to be present. |
| July 30, 2026 | Deadline for the Government to produce Jencks Act material. |
| August 6, 2026 | Deadline for filing motions *in limine*. |
| | Deadline for receipt in chambers of proposed voir dire, proposed preliminary instructions, proposed jury instructions, and a proposed jury verdict form; **these are to be filed electronically and must also be submitted via e-mail in Microsoft Word format to chambers:** MDD_JKBChambers@mdd.uscourts.gov. |

|   |   |
|---|---|
|   | Government and defense counsel shall meet and confer with respect to the above documents and to the **fullest extent possible** make a **joint submission**. Counsel shall identify any matters of disagreement through supplemental filings. The most recent revisions of the Court's standard voir dire and jury instructions in criminal cases are available to the parties upon request to chambers. |
| August 11, 2026 | Deadline for filing responses to motions *in limine*. |
| **August 13, 2026, 10:00 a.m.** | **Pretrial Conference**, Courtroom 5A. Defendants must be present. |
| **August 24, 2026, 9:30 a.m.** | **Begin Jury Trial**, Courtroom 5A, scheduled for 2 weeks. The Court will not sit on Fridays. |
|   | Counsel shall appear in court at 9:15 a.m. on the first day of trial to address miscellaneous matters with the courtroom deputy clerk prior to the commencement of jury selection. |

The Government is directed to prepare notices and "come up" letters as appropriate for the in-court proceedings.

No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

This Order shall be docketed under seal.

DATED this 20 day of November, 2025.

BY THE COURT:

*/s/ James K. Bredar*
James K. Bredar
United States District Judge