## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **No. JKB-24-313** |
| | : | |
| **RONTHONY WARD** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO SEAL

**COMES NOW**, the Defendant, Ronthony Ward, by and through his attorneys, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chartered, and respectfully requests that the exhibits to Mr. Ward's Motion to Suppress Fruits of Search Warrants, Request for *Franks* Hearing, and Request for Discovery Status Conference be filed under seal and in support thereof states the following:

1.      Out of an abundance of caution, Mr. Ward respectfully requests that the Court accept the attached exhibits for filing under seal. The exhibits consist of materials related to four search warrants issued during the investigation in this case. The search warrant paperwork contains information related to third parties such as addresses and telephone numbers. The affidavits in support of the search warrants also mention by name individuals who are not charged in this case. In order to protect private information concerning third parties, Mr. Ward requests that the Court accept the exhibit for filing under seal.

1

**WHEREFORE**, Mr. Ward respectfully requests that the exhibits to his Motion to Suppress Fruits of Search Warrants, Request for *Franks* Hearing, and Request for Discovery Status Conference be accepted for filing under seal.

Date: May 29, 2026                          Respectfully submitted,

/s/

_____

Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2026, a copy of the foregoing was served on all parties via ECF.

/s/

_____

Michael E. Lawlor

2