# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA    :

                               :

       v.    :    **No. JKB-24-313**

                               :

RONTHONY WARD    :

                               :

    **Defendant.**    :

## MOTION TO SEAL

**COMES NOW**, the Defendant, Ronthony Ward, by and through his attorneys, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chartered, and respectfully requests that Exhibit A to Mr. Ward's Reply in Support of Pretrial Motions be filed under seal and in support thereof states the following:

1.    Mr. Ward respectfully requests that the Court accept the attached exhibit for filing under seal. The exhibit consists of materials related to one of the search warrants issued in connection with the investigation in this case. The search warrant paperwork contains information related to third parties such as addresses and telephone numbers. The affidavit in support of the search warrant also mentions by name individuals who are not charged in this case. In order to protect private information concerning third parties, Mr. Ward requests that the Court accept the exhibit for filing under seal. Additionally, this Court has already granted motions to seal other exhibits containing search warrant applications in this matter.

1

**WHEREFORE**, Mr. Ward respectfully requests that Exhibit A to his Reply in Support of Pretrial Motions be accepted for filing under seal.

Date:  June 25, 2026                    Respectfully submitted,

/s/

_____

Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2026, a copy of the foregoing was served on all parties via ECF.

/s/

_____

Michael E. Lawlor