**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **vs.** | * | **JKB-24-313** |
| **RONTHANY WARD** | * | |
| **Defendant** | * | |

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING REPLY**

Defendant Ronthany Ward, by and through his attorneys, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to Extend Deadline for Filing Reply. In support of this Motion, counsel states the following.

1. On August 6, 2026, Mr. Ward filed a Motion to Dismiss Indictment for Speedy Trial Act Violation. (ECF No. 117.) The Motion is supported by several exhibits. On August 7, 2026, the Court set a schedule for further briefing. On August 14, 2026, the Government filed its Response to the Motion to Dismiss. (ECF No. 140.) Shortly thereafter, the Court issued an Order setting an evidentiary hearing on the Motion to Dismiss to be held at the beginning of the pretrial conference, which was previously scheduled for August 20, 2026. (ECF No. 141.) Mr. Ward is due to file his reply by noon on August 18, 2026. At this time, Mr. Ward respectfully requests that the Court extend the deadline within which to file his reply in support of his Motion to Dismiss through August 19, 2026 at 9 a.m.

2. Counsel is working diligently to prepare the reply brief and to prepare for the evidentiary hearing. Counsel has made additional discovery requests of the Government. Counsel anticipates amplifying those requests in the reply brief. However, counsel requires some additional time to prepare the reply brief. Yesterday afternoon, counsel was away from the office for some time due to a medical appointment. Additionally, counsel would like to confer with Mr. Ward in advance of filing the reply. Counsel will be meeting with Ward this afternoon. For these reasons, counsel respectfully requests an extension of the deadline within which to file the reply.

3. This Motion is unopposed. Counsel conferred with AUSA Calvin Miner, who has advised that the Government does not object to the requested extension.

4. For these reasons, Mr. Ward respectfully requests that the Court extend the deadline within which to file the reply through August 19, 2026 at 9 a.m.

Respectfully submitted,

/s/

Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044
mlawlor@brennanmckenna.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, August 18, 2026, a copy of the foregoing sent via ECF to all parties.

/s/

Michael E. Lawlor